UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  RANDALL S. COUNTRYMAN         §        Case No. 11-81415
        ESTHER J. COUNTRYMAN          §
                                      §
        Debtor(s)                     §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 03/31/2011.

2) The plan was confirmed on 11/16/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 11/06/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on
   09/11/2014, 10/31/2014, 01/05/2015, 02/03/2015, 02/06/2015, 07/07/2015, 10/30/2015, 01/22/2016, 06/24/2016, 08/05/2016, 10/03/2016, 12/09/2016.

5) The case was completed on 11/18/2016.

6) Number of months from filing or conversion to last payment: 67.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $50,450.00.

10) Amount of unsecured claims discharged without full payment: $34,791.99.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 23,655.12 | |
| Less amount refunded to debtor(s) | $ 27.39 | |
| **NET RECEIPTS** | | $ 23,627.73 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,549.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,392.99 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,941.99 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,549.00 | 3,549.00 | 3,549.00 | 0.00 |
| H F GEHANT BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| HF GEHANT BANK | Sec | 2,002.00 | 2,002.00 | 2,002.00 | 2,002.00 | 287.17 |
| ILLINOIS COMMUNITY CREDIT | Sec | 14,000.00 | 14,000.00 | 13,954.18 | 13,954.18 | 2,396.57 |
| ILLINOIS COMMUNITY CREDIT | Uns | 41,206.00 | 42,495.28 | 45.82 | 45.82 | 0.00 |
| OLD SECOND NATIONAL BANK | Sec | 0.00 | 133,780.99 | 0.00 | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 1,850.00 | 626.70 | 626.70 | 0.00 | 0.00 |
| ARS AUTO REPAIR INC | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AURORA FINANCE | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| BEN GORDON CENTER | Uns | 1,106.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY ASSOCIATE | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| CITI CARDS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF AURORA | Uns | 655.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 212.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 33.00 | 21.86 | 21.86 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 31.00 | 334.38 | 334.38 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COLLECTION PROFESSIONALS INC | Uns | 704.00 | 776.43 | 0.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 33.00 | 38.77 | 38.77 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Uns | 693.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| DENNIS A BREBNER | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| DINA LUNKIN DDS | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC SC | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 641.00 | 641.21 | 641.21 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,466.00 | 1,724.85 | 1,724.85 | 0.00 | 0.00 |
| HEALTH CARE BILLING SERVICES | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 180.00 | 246.38 | 246.38 | 0.00 | 0.00 |
| ILLINOIS VALLEY ORTHOPEDICS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY SURGICAL | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MEDICAL SUPPLY INC | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| MARK HENRY DDS | Uns | 700.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| MCS COLLECTIONS INC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL GUGLIOTTA DC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 203.00 | 623.64 | 623.64 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| NOW CARE LLC | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| REZIN ORTHOPEDICS & SPORT | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 120.00 | 3,447.27 | 3,447.27 | 0.00 | 0.00 |
| ROCHELLE DISPOSAL SERVICE INC | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOVASCULAR | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 426.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 193.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ROCKFORD MERCANTILE | Uns | 416.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 521.00 | 3,388.67 | 3,388.67 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 173.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SAINT MARGARET MERCY | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,633.00 | 3,664.16 | 3,664.16 | 0.00 | 0.00 |
| UNITED CREDIT SERVICE | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 257.00 | 256.74 | 0.00 | 0.00 | 0.00 |
| AMANDA COUNTRYMAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 254.00 | 253.59 | 253.59 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 133.00 | 133.37 | 133.37 | 0.00 | 0.00 |
| OTTAWA REGIONAL HOSPITAL | Uns | 1,480.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 257.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 0.00 | 267.90 | 267.90 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,401.24 | 1,401.24 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 15,956.18 | $ 15,956.18 | $ 2,683.74 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,956.18 | $ 15,956.18 | $ 2,683.74 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,559.81 | $ 45.82 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 4,941.99 |
| Disbursements to Creditors | $ 18,685.74 |
| **TOTAL DISBURSEMENTS:** | $ 23,627.73 |

12)    The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/23/2017            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)